August 26, 2011

Mr. P. M. Schenkkan
Graves Dougherty Hearon & Moody PC
401 Congress Avenue, Suite 2200
Austin, TX 78701
Mr. Byron C. Keeling
Keeling & Downes, P.C.
1500 McGowen, Suite 220
Houston, TX 77004

RE: Case Number: 08-0751
 Court of Appeals Number: 01-06-00897-CV
 Trial Court Number: 05-CV-0796

Style: TEXAS MUTUAL INSURANCE COMPANY
 v.
 TIMOTHY J. RUTTIGER

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/082611.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. M. Karinne |
| |McCullough |
| |Ms. Latonia Renee |
| |Wilson |
| |Mr. Thomas R. Phillips |
| |Mr. Peter N. Rogers |
| |Mr. Joe K. Longley |
| |Mr. George (Tex) |
| |Quesada |
| |Mr. Peter M. Kelly |